### BILBRO V. THE STATE.

(Decided May 13, 1913.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No bill of exceptions and no error in the record. Affirmed.

---

### BLACKMON V. ENGER.

(Decided June 19, 1913.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

BLACKMON, MERRILL & WALKER, for appellant. A. F. MCGHEE, for appellee.

Per curiam. Affirmed on certificate.

---

### BOWEN V. THE STATE.

(Decided June 10, 1913.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—Appeal dismissed on the authority of *Grantham v. State,* 3 Ala. App. 168, 57 South. 1025, for failure to show organization of court.